IGNACIA S. MORENO
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
KRISTEN L. GUSTAFSON,
Assistant Section Chief
RICKEY D. TURNER JR., Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0229 (tel)
(202) 305-0275 (fax)

Attorneys for Defendant

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF ARIZONA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>    Plaintiff,<br><br>         v.<br><br>KENNETH SALAZAR, in his official capacity as Secretary of Interior,<br><br>    Defendant. | CASE NO. 2:09-CV-1120-JAT<br><br>**FIRST JOINT MOTION FOR EXTENSION OF THE BRIEFING SCHEDULE** |

Due to scheduling conflicts beyond the control of Defendant, Plaintiff WildEarth Guardians and Defendant Kenneth Salazar, hereby jointly move for a two-week extension of the summary judgment briefing schedule in this matter. In support of this motion, Plaintiff and Defendant state as follows:

1. On December 15, 2009, Plaintiff filed its opening motion for summary judgment.

2. Pursuant to the Court's order dated October 6, 2009 (Dkt. No. 18), the

1 | briefing schedule is as follows:

2 |     a.    Defendant's Opposition and Cross-Motion for Summary Judgment
3 | are due on January 20, 2010.

4 |     b.    Plaintiff's Opposition and Reply are due on February 3, 2010.

5 |     c.    Defendant's Reply is due on February 17, 2010.

6 |   3.  In order to provide Defendant with the needed additional time to complete
7 | the briefing in this matter, the Parties hereby move the Court to modify the scheduling
8 | order as follows:

9 |     a.    Defendant's Opposition and Cross-Motion for Summary Judgment
10 | shall be due on February 5, 2010.

11 |     b.    Plaintiff's Opposition and Reply shall be due on February 19, 2010.

12 |     c.    Defendant's Reply shall be due on March 5, 2010.

14 | Dated: January 6, 2009

16 | Respectfully Submitted,

17 |
18 | JOHN C. CRUDEN,
Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

20 | /s/ Rickey D. Turner, Jr.
RICKEY D. TURNER, JR.
21 | Trial Attorney
U.S. Department of Justice
22 | Environment & Natural Resources
23 | Division
Wildlife & Marine Resources Section
24 | Ben Franklin Station
25 | P.O. Box 7369
Washington, DC 20044-7369
26 | Phone: (202) 305-0229
Fax: (202) 305-0275
27 | Email: rickey.turner@usdoj.gov

1          Attorneys for Defendant

2          /s/ Samantha Ruscavage-Barz (by RDT)
3          SAMANTHA RUSCAVAGE-BARZ
         17 Orno Creek Rd
4          Placitas, NM 87043
         Phone: 505-750-1598
5

6          Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KENNETH SALAZAR, in his official capacity as the Secretary of Interior,<br><br>　　Defendant. | CASE NO. 2:09-CV-1120-JAT<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on January 6, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

Samantha Ruscavage-Barz
sruscavagebarz@wildearthguardians.org

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Rickey D. Turner, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　RICKEY D. TURNER, JR.