# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>    Plaintiff,<br><br>        v.<br><br>KENNETH SALAZAR, in his official capacity as Secretary of Interior,<br><br>    Defendant. | Case No. CV 09-1120-PHX-JAT<br><br>**ORDER** |

Based on the Parties' Joint Motion to Extend the Briefing Schedule,

**IT IS ORDERED** that the Parties' Joint Motion Extend the Briefing Schedule (Dkt. No 22) is **GRANTED.**

**IT IS FURTHER ORDERED** that the briefing schedule is modified as follows:

1. Defendant's Opposition and Cross-Motion for Summary Judgment shall be due on February 5, 2010.

2. Plaintiff's Opposition and Reply shall be due on February 19, 2010.

3. Defendant's Reply shall be due on March 5, 2010.

Dated this 7th day of January, 2010.

_James A. Teilborg_
United States District Judge